UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Chava Guttman,

individually and on behalf of all others similarly situated,
    Plaintiff,

v.                            CASE NO.:  1:21-cv-4473

Enhanced Recovery Company, LLC, d/b/a ERC.
    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff Chava Guttman and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: December 27, 2021

| For Plaintiff Chava Guttman | For Defendant Enhanced Recovery Company, LLC d/b/a ERC |
|---|---|
| /s/ Eliyahu Babad<br>Eliyahu Babad<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ebabad@steinsakslegal.com | /s/ Scott S. Gallagher<br>Scott S. Gallagher<br>Smith, Gambrell, & Russell, LLP<br>50 North Laura Street Ste 2600<br>Jacksonville, FL 32202<br>Ph: (904) 598-6111<br>sgallagher@sgrlaw.com |

THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: _____12/29/21_____

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

1

## CERTIFICATE OF SERVICE

  I certify that on December 27, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                */s/ Eliyahu Babad*
                Eliyahu Babad
                **Stein Saks, PLLC**
                One University Plaza
                Hackensack, NJ 07601
                *Attorneys for Plaintiff*